OPINION — AG — A LOCAL SCHOOL BOARD, MAY, IN THE EXERCISE OF ITS DISCRETION, REFUSE TO RENEW THE CONTRACT WITH A TEACHER, WHETHER PROBATIONARY OR TENURED, WHERE IN GOOD FAITH AND THE BEST INTEREST OF THE SCHOOL DISTRICT, A TEACHING POSITION IS TO BE ELIMINATED, SO LONG AS THE TENURED TEACHER WHOSE CONTRACT IS NOT TO BE RENEWED HAS BEEN SELECTED FOR NON RENEWAL PURSUANT TO A REASONABLE PLAN OR POLICY. CITE: 70 O.S. 1971, 6-101 [70-6-101], 70 O.S. 1977 Supp. 6-102.1 [70-6-102.1](6), 70 O.S. 1977 Supp. 6-103.1 [70-6-103.1].(A), OPINION NO. 76-194 (JOHN PERCIVAL) ** SEE: OPINION NO. 95-014 (1996) ** SEE: OKL., 829 P.2d 973
(1992), BABB V. IND. SCH. DIST. I-5 **